## Robert Fenk Associates *v.* M & M Investments, Inc., Appellant.

opinion by DILLON, J. Argued April 15, 1975. *James J. Conte,* with him *Meffe, Rodgers & Conte,* for appellant; *Raymond N. Baum,* with him *Arnold D. Wilner,* and *Baskin, Boreman, Wilner, Sachs, Gondelman & Craig,* for appellee.

Order affirmed.

SPAETH, J., absent.

## Rose, et al. *v.* Barclay, Appellant.

Argued April 14, 1975. *Ira B. Coldren, Jr.,* with him *William M. Radcliffe,* and *Coldren and Adams,* for appellant; *David E. Cohen,* with him *Ewing K. Newcomer,* for appellee.

Order affirmed.

## Rudolph *v.* Rudolph, Appellant.

Argued April 15, 1975. *William D. Kemper,* with him *Lee C. McCandless,* and *McCandless, Chew & Krizner,* for appellant; *A. R. Cingolani, Jr.,* with him *Cingolani & Cingolani,* for appellee.

Order affirmed.

## Rusnak *v.* Sell, Appellant.